No. 17,488.

FLORENCE M. BOLINGER *v.* ROBERT W. CARROLL.

(281 P. [2d] 160)

Decided March 14, 1955.

Mr. J. R. STRICKLAND, Mr. RICHARD TULL, for plaintiff in error.

Mr. MARTIN C. MOLHOLM, Mr. JAMES A. SWEENEY, for defendant in error.

*En Banc.*

PER CURIAM.

Action for damages based on alleged wrongful cancellation of lease. Judgment for defendant affirmed without written opinion.